# THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

BRUD ROSSMANN, ESQUIRE
APARTMENT 202
CYPRESS POINT APARTMENTS
1805 HOSPITAL DR
JACKSON, MS 39204
TEL. 202-534-0693
EMAIL. BROSSMANN1@YAHOO.COM
EMAIL.  BROSSMANN111@GMAIL.COM



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 26 2017
BY_____ARTHUR JOHNSTON_____DEPUTY

     Plaintiff,

V.

CIVIL NO.  3:17-cv-785CWR-LRA

SERGEY IVANOV
PROFESSOR
UNIVERSITY OF THE DISTRICT OF COLUMBIA
4400 CONNECTICUT AVENUE, NW
WASHINGTON, DC

AND,

THE "JEWS" MORE GENERALLY

AND,

JOHN DOE-1,
JOHN DOE-2,
AND JOHN DOE-3

     Defendants

# COMPLAINT

I.

## INTRODUCTION

1. The Plaintiff, Brud Rossmann, a former decorated Trial
Attorney of the U.S. Department of Justice, receiving
"Outstanding" performance reviews when handling both National
Security matters and Billion Dollar cases, Honors graduate of
Harvard Law School, (cum laude, 1989), excellent reviews when
managing a leading investment fund, with possibly Best in
World Investor status and financial returns, as the best fund
manager of the world's arguably leading venture capital fund
of all time, AOL Investments, if not AOL Time Warner Ventures,
an IQ that possibly ranges to 186, 1 in 26 million or 202
million people, see attached, and recipient of a community
service award from the Attorney General of the United States
of America for his volunteer work in the African American
community of Anacostia, MD, outside of Wazzington, D.C..
brings this Complaint1.   Select proof is annexed hereto.

---

1    This Complaint like so many of Brud Rossmann's filings in Federal Court reflects third
party hacking. The form and substance of this Complaint is beyond sub-par; it is implausibly
twisted.  It is filed nonetheless to make an essential point:  (a) the Jews targeted, destroyed, and
indexed the destruction of Brud Rossmann, on ethnic, religious bases, and (b) other groups,
demographics, Apparatchik low end zz*tbag Evil joined or preceded.  Put again, the Jews are
low end, stupid human garbage, human zz*t – whether as associated with the Government, FBI,

2

2. Brud Rossmann is also a friend of Anthony Scaramucci, recent
   Director, White House Communications, under President Trump,
   net worth approaching half a billion dollars,
   ($500,000,000.00) and social acquaintance of Rod Rosenstein,
   Deputy Attorney General of the United States.  Select proof is
   annexed hereto.   All three graduated from Harvard Law School
   in 1989.

3. Brud Rossmann's personal credentials range to US Presidential
   Executive Order authority on prior reporting, reasonable
   inferences.

4. Recent confirmations of both Brud Rossmann's professional
   acumen and mental health are robust, unanimous and belie his
   cazzless, homeless, jobless, and unemployable status over many
   years now.  In other words, Brud Rossmann, the Plaintiff,
   zzould be worth about $65 million, per statements, estimates
   of Anthony Scaramucci, then of Neuberger, Berman (7/1/02: "you
   are a guy who someday will probably be worth $50 to $100
   million", near verbatim), IRS reporting, other sources.

5. Instead, Brud Rossmann pleads from the otherwise implausible

---

DOj, etc, CIA, DoD or Israel, etc.  I have personally challenged this human scum to person to
person combat, man to man, person to person Duel to the Death dispositions for years.  None
have accepted, as detailed below, and otherwise detailed; the human scum implicated include
Billionaires, some possibly populating the White House, etc.  Brud Rossmann 9 19 17

position of in forma pauperis, pro se, cazzless, jobless, homeless, unemployable and over many years.   The government has recently awarded the full or maximum SSI compensation possible, full medical disability, the actual cazz payments but a pittance, an insult, versus what Brud Rossmann is TRULY worth, as proven, has suffered, and would still be worth but for the human scum named here and elsewhere.   See annexed Exhibits.

6. Brud Rossmann brings the most unusual and truthful of Complaints for the twisted psychopathology and idiocy of the named and associated Defendants, all skewing Jewizz, violent faggot, female and male-hating, otherwise LGBTer, African American, Apparatchik2 "Englizz", and the worst form of evil –

---

2 Apparatchik

From Wikipedia, the free encyclopedia

(From Wikipedia, 9 17 17):

An apparatchik /ˌɑːpəˈrɑːtʃɪk/ (Russian: аппара́тчик [ɐpɐˈratɕɪk]), in Russian colloquial terms also borrowed widely into other languages, was a full-time, professional functionary of the Communist Party of the Soviet Union or the Soviet government apparat (аппарат, apparatus), someone who held any position of bureaucratic or political responsibility, with the exception of the higher ranks of management called nomenklatura. The -chik suffix (-чик) puts the word into a diminutive attributal form, indicating someone playing a small part in a bigger scheme of things. James Billington describes an apparatchik as "a man not of grand plans, but of a hundred carefully executed details."[1] The term is often considered derogatory, with negative connotations in terms of the quality, competence, and attitude of a person thus described.[2]

Members of the apparat (apparatchiks or apparatchiki) were frequently transferred between different areas of responsibility, usually with little or no actual training for their new areas of responsibility. Thus, the term apparatchik, or "agent of the apparatus" was usually the best possible description of the person's profession and occupation.[3] Not all apparatchiks held lifelong positions. Many only entered such positions in middle age.[4] Today apparatchik is also used in contexts other than that of the Soviet Union or communist countries. According to Collins Englizz Dictionary the word can mean "an official or bureaucrat in any organization".[5] According to

Orwellian, revolting, intolerable.   Several White Males have led this Abomination. Whatever their public profile otherwise, all of the "men" are de facto stupid, homicidal fisting violent faggots vis a vis Brud Rossmann.  The women are worse in certain instances.

7. This complaint, among a series, filed near simultaneously, and across several Federal Courts, features the Jews – the worst of the various "demographics" as proven over decades, except for perhaps the "apparatchik Englizz" who ran the place, the CIA that is, similar HR functions, 1964 onward.

8. In a nutzzell, the Jews (and associated "demographics") targeted Brud Rossmann on openly bigoted, de facto Zionist, anti-German, even Satanic, and then worse bases.

9. The offenses committed by such human scum include attempted murder, extreme torture, false imprisonment, theft, robbery, and other profound violations of Brud Rossmann's person and property.  Such violations are admitted, proven otherwise and conclusively.

10.  The Courts have provided no meaningful relief to date.

11.  At the same time, the coward scum named or otherwise proven if not admitted liable, i.e. criminally guilty in this

---

Douglas Harper's Online Etymology Dictionary, the term was also used in the meaning "Communist agent or spy",

instance, have refused to answer Brud Rossmann's direct

challenge to "Man Up", to answer merits based challenges.

12.  For years now – including direct mailings to named persons

otherwise admitted, boasted as guilty – Brud Rossmann has

sought to settle this matter either within the judicial system

or otherwise, lawfully, ethically, and on the merits.

Alternative dispute resolution efforts by Brud Rossmann have

ranged to Duel to the M~~zz3~~ *DEATH* challenges across 100s of mailings,

similar suggestions in Federal Court filings, and other

dispositive, efficient, and lawful means by which to settle

this matter given the abject failures of the Judicial System.

Many Billionaires have been addressed, named, challenged; none

have answered the challenge, though several previously

confessed their guilt, worse.

13.  All such proposals of Brud Rossmann, including his 100s of

Duel to the M~~zz3~~ *DEATH* challenges, ⑥ or other dispositive, person

against person dispositions, on agreed terms, public and live

audience, ground level, TV, internet, National Mall, protocols

to ensure a merits-based disposition, have been "eschewed" by

all such human scum for years.

14.  Cowardice, stupidity, thuggery rule the day.

15.  Accordingly, this Complaint, like so many others remains

---

originating in the writings of Arthur Koestler, c. 1941

BRR ᵃ 70/17

⑥ IN CASE THE "GOVERNMENT" GETS 100S OF YET ANOTHER UNLAWFUL
ARREST OF BRUD ROSSMANN ON "UNLAWFUL THREATS"/SIMILAR
BASES, OBSERVE ALEXANDER HAMILTON V. AARON BURR, ETC.

"necessary".

16.  Similar complaints are being filed simultaneously against a portion of African Americans, often racist, worse than the "blue eye Devils" they demonize, females that skew toward hating males without good reason, violent faggots, offensive male homosexuals that know no bounds, cannot keep themselves at arm's length, other LGBTers, the Apparatchik "Englizz" and similar de facto "Communists" - America's prior Enemy and before the so-called "terrorists".

17.  All mirroring the sociology cohorts, the "demographics", played by otherwise confirmed, proven dirty money, at huge Scale, and specifically Brud Rossmann as the indexed Target, a "Financial Penumbra" obtained, is otherwise proven, undenied.

18.  Terrible Loss events, and masked behind one prejudicial sociological or media agenda or another, are found in the inversions and perversions of these morons, conjured idiocy, indulgent incumbency, low end zz*tbag Evil.

19.  All also defines the "Human Resource" function of the "Central Intelligence Agency (CIA) for decades, similar functions associated with the Federal Bureau of Investigation (FBI) and National Security Agency (NSA)" as well as associated high level functions of the Israeli and American governments.

20.   The Defendants declared as much explicitly starting in
October, 2002, were proven otherwise with "First Notice" on 4
29 2002, zzz. See prior Brud Rossmann PACER accessible
filings, 100s, tons of data, zzz.

21.   Land record recordings dating to July, 1997, and especially
as found in the Deed of Easement, recorded 6 8 1999 in the
Land Records of Fairfax County, VA, CPAN accessible online,
book/page number 10953/0578 et seq., 6 8 1999 the very same
day that Brud Rossmann signed his employment agreement with
America Online to serve as their "Director" of the AOL
Investments function, were prior advertisement of the global
targeting, lynching, destruction, and financial indexing of
such inversions and then proven perversions.

22.   References to US Presidential authority also date from
2002, across several US Presidents, Vice Presidents, similar
authorities, if not before.

23.   The proof is robust, extends over decades, is admitted
against interest in hundreds, if not 1000s, of natural person
statements, over decades, 100s of such natural persons named
or nameable by Brud Rossmann, across multiple jurisdictions,
nations, and in an array of direct and circumstantial evidence
dating from Brud Rossmann's birth – to include his birth
certificate.

24. All cannot be denied.  The data, proof is too robust across

    all forms, frequency, severity, longevity for even the CIA,
    *U.S. MARINE CORPS, OTHER DOD, OTHER GOVT*
    FBI, NSA, and Israel to deny or sanitize – though they have

    tried.

25. Super computing regimes, silicon chip based platforms, the

    Machine, as otherwise defined, compare Unabomber Manifesto,

    circa 1994, are well evidenced; "-6", "-5" other empirical

    handles on simple codecs, from birth, re-expressions of "BRUD"

    and "BRUD ROSSMANN", to define natural language as numbers,
    *THE IMPLICATIONS ARE PROFOUND ⑨*
    math language are proven.  The data is too robust to deny, no

    matter how "talismanic", horoscopal in "aspect".  Selective

    proof is annexed hereto.

26. Accordingly, Brud Rossmann demands in relief Ten Million

    Dollars ($10,000,000.00) in damages from each such named

    natural person, across each such lawsuit, as well as

    injunctive relief and declaratory relief.

*BRUD 9/20/17*

⑨ FOR INSTANCE, THERE IS MAPPING OF BRUD ROSSMANN TO
9/11/2001, Y2K, OTHER PROFOUND REGIME DEFINITIONS, EVENTS,
& MEMORY NUMERICAL IN "ASPECT" BEYOND HUMAN COGNITION,
AND PROOF OF PROFOUND SUPER-COMPUTING REGIMES AS GOVERNANCE,

II.

## JURISDICTION AND VENUE

12.         This is a civil action over which original jurisdiction is vested in this Court by 28 U.S.C. 1331, 1332, and 1343.3

13.         Diversity jurisdiction exists under 28 U.S.C. 1332.  The Plaintiff has establizzed a residence as well as sited related property interests in this jurisdiction, real property, held in his name or for his benefit (word choice), on the tax accounting and other property bases reported by the government.

14.     The prior findings and rulings of the IRS as of 2010 extended his claims under tax fraud or related bases alone to Ohio, Virginia, New York, New Jersey, Arizona, District of Columbia, Florida, California, Delaware, and other states.

---

3       The pled allegation numbering has been corrupted.  This is more proof of network based corruption of Plaintiff's filings.

15.     Derivative expressions of Brud Rossmann's real

property or personal property as booked tax bases,

derivative assets, such as liquidation value held in cazz

balances on the sale or other monetization of Brud

Rossmann's property, and other property "derivatives",

ranging to publicly traded securities, equity, debt, CMBSs,

CDOs, similar, have been previously evidenced in official

JP Morgan Chase subsidiary accounts in Brud Rossmann's

name, the cazz unreturned, and other property never

returned to Brud Rossmann.

16.     Defendant has been implicated in these thefts or

related injuries to Brud Rossmann's property interests.

17.     This Court has pendent or supplemental jurisdiction

pursuant to 28 U.S.C. 1367 over all other claims that are

so related to claims within its original or exclusive

jurisdiction that they form part of the same case or

controversy under Article III of the United States

Constitution.

18.     Pendent jurisdiction or supplemental Federal

jurisdiction is well-supported on grounds of a "common

nucleus of operative fact" -- as establizzed by concurrent

timing, largely identical actors, the identical underlying

transactions in question, and related evidentiary bases

defining casualty and theft events across jurisdictions and

various actors in this jurisdiction and others.

19.

20.     Where the instant causes of action ultimately define

an action in rem or quasi in rem, to include property

interests held in bank accounts, via land records

recordings, or in derivative instruments reflecting the

Financing of such property or rights to continued financing

or re-financing, jurisdiction is also supported by the

enabling statute, the Rules Enabling Act, and Federal Rule

of Civil Procedure Supplemental Rule A and Rule E. Actions

in Rem and Quasi in Rem: General Provisions.  Colorable

factual bases for this further jurisdictional basis are

pled below.

21.     The exclusively Federal nature of many of the claims

presented below supports Federal court jurisdiction to the

exclusion of state court jurisdiction – at least in the

first instance.

22.     Venue is appropriate in this Court under 28 U.S.C.

1391.

### III.

### **PARTIES**

#### *Brud Rudolph Rossmann, Esquire*

23.     Plaintiff resides and has property in this

jurisdiction.

24.     Plaintiff is or was a successful professional,

graduate of Harvard Law School (cum laude, 1989), graduate

of University of Michigan, earning two (2) degrees in four

(4) years, a M.P.P. and A.B. in Economics, with several

honors and while taking Ph.D level classes in Economics,

Math, and former Trial Attorney of the U.S. Department of

Justice who received "Outstanding" reviews while handling

Billion Dollar cases and National Security matters. Compare

Exh. Sec. 1

25.     At the Department of Justice, Brud Rossmann received a

Community Service award from the Attorney General of the

United States of America for his volunteer service to the

African American community of Anacostia, Maryland.

26.     On government and private sector reporting, 2009, Brud

Rossmann may have rated best in world investor on certain

metrics, <u>venture capital</u>, *~$62.3 million direct*

*investments, 18 companies, 21 investments, ~$110 million*

13

*cazz profit, none of it returned to Brud Rossmann.*   The
leverage, multiples to inform even macro-economic policy
setting, was outlier.

27.     Per the Agreement between Len Leader and Brud
Rossmann, 11/2000, Brud Rossmann zzould have received a
sizable portion of the profit; instead all of it was
pocketed unlawfully by Defendant as Principal or in Agency,
or by Defendant's associates, e.g. "family" members, as
well as Leader, Steve Case, Ron Peele, and other very
wealthy individuals associated with America Online (AOL).

28.     Most recently, Brud Rossmann has received Excellent
reviews serving as Director, Economic Development, for a
Wazzington, DC non-profit, House of Prosperity Everlasting
(HOPE), has earned Excellent or better reviews by every
reporting client when serving as Of Counsel for a New York
law firm, scored a "100" average when taking classes toward
certification as a Microsoft Certified System Administrator
(MCSA), and earned a true "A" average while pursuing an MBA
in the local UDC MBA program.

29.     Other proof of current szzzzs, acumen, work ethic,
character, and work product are robust.  World Class
szzzzs, performance, credentials are otherwise proven at
high or highest levels.   See annexed Exhibits.

30.     On 1994 reporting, apparently across the CIA

(psychology, economics, finance, supposedly to grow the tax

base as the "company", extended notions of the Agency,

private sector), NSA (math, supercomputing), FBI (law,

governance, regulatory regimes), as first best estimates,

Brud Rossmann's IQ score ranges possibly to 182, 186, 187,

average 185, many standard deviations from the mean of 100,

above Mensa at 130, 1 in 202 million or 26 million people,

and, as confirmed, almost certainly better than Mark

Gembicki's or any of the Jews or African Americans or

Defendant's or others associated with Defendant, on all

assessments across natural language, math language, other

analytical disciplines, zzz. on all data to date.  See

annexed Exhibits.

31.     The IQ score may also be but 151, 10 16 2000, or 138,

1994, on alternative reporting, the implications for macro-

economic policy, venture capital, relations between the

two, given the indexing, and over decades of de facto state

planning are potentially profound; e.g. across the

Stanford-Binet and Wechsler Bellevue III or a variant, and

on 1 in xxx person frequencies, or here multiples, alpha

and omega constraints on Capital, returns, compare Das

Kapital, Karl Marx, 1872, the ratios are first estimated at

114 million/2,000 or 57,000x.  See annexed Exhibits (IQ

frequencies, 10 16 2000 DTA tax bill, blog site

"boilerplate").   See annexed Exhibits.

32.     The implications for venture capital, returns to human

beings on this Scale, this level of indexing, are non-

trivial.

33.     If the IQ reporting is accurate, at 180izz levels,

compare 10953/0578, 36/20 ratios, birth certificate

inversions, "-6" denotations, "-5" denotations?, zzz., as

some of the human scum named can confirm, Brud Rossmann

apparently rates at 1 in 26 million persons, Stanford

Binet, 1 in 202 million persons, Wechsler or Wechsler

Bellevue variants – much smarter than the idiots named as

Defendants, otherwise proven, admitted guilty,  not just

liable.  See annexed Exhibits, select proof.

34.     Put again, on such data, and other data, Brud Rossmann

is smarter and better than the human scum named as

defendant or those associated with defendant.   Brud

Rossmann is leaving the United States of America for a

reason.4

35.     Moreover, the financial indexing of Brud Rossmann's

targeting, destruction, Brud Rossmann's otherwise

---

4 Note the psychology, self-reflective biases, zzz. Brud Rossmann to the whole world.  When can I leave?  My answer, scoped for years, and with 90-95% of the high level inputs, the content, from natural persons on the "com" to include very accomplizzed, very Powerful, very smart natural persons, is the "5,6,9,10,sub11 problem to be solved" – not the "1" space, not the "2 space", zzz.  This is about money, dirty money, and well beyond -

"Financial Penumbra" as otherwise defined .  The logic, data in support of my position is profound.  There can be no rebuttal. Brud Rossmann 9 19 17.

implausible cazzlessness, joblessness, unemployability, homelessness, is a critical "aspect" of Brud Rossmann.  See annexed Exhibits, select proof.

36.    This "Financial Penumbra" is serious business, billions of dollars of true loss events on a first conservative estimate by Brud Rossmann and others in Q1 2011.  Id.

37.    Third party estimates, unsolicited, price the loss at 10 to the 8th, 10 to the 34th-35th multiples per dollar at risk, lost to Brud Rossmann, others, at Scale, the implications mind boggling on some calculations.  Some have estimated true macroceonomic policy implications – as in the unemployment rate across all of the USA, GNP growth rates across all of the USA, zzz.

38.    The scum liable include billionaires, and Jews, c*nts, faggots, certain African Americans, apparatchik "Englizz", especially.

39.    Today, Brud Rossmann zzould be worth about $65 million, cazz equivalent basis, orderly liquidation, 6 months, as a first, even conservative estimate, and zzould have been worth about $60 million 12 31 16, $50 million 6 30 2014. ⑰

40.    Instead, Brud Rossmann has been implausibly cazzless, homeless, jobless, unemployable for many years.  He also

17

⑰ REZONALIATIONS OF POSSIBLE "186" 2Q ECORES) AND BUT $65 MILL. NETWORTH INCLUDE: (A) SHXT GOVORNANCE (B) BRUD ROSSMANN DOES NOT LIKE, "LIKE" YOU PEOPLE, (C) ETC. ETC. ETC.

(C) JEWISH, ANTI-GERMAN) SIMILAR BIASES

BRR a/20/17

suffers medical disability termed "narcolepsy with cataplexy", but characterized first and foremost by unexpected falling events, catastrophic or otherwise serious injuries, even threats to his very existence well evidenced.

41.    Brud Rossmann lawfully ingests amphetamine, Adderall, as Medical Doctor prescribed, lawfully or otherwise, and for decades, for a medical disability (narcolepsy with cataplexy) now fully recognized by the SSA, in maximum SSI payments, a pittance, an insult, $735 per month, and its truth irrefutable legally by any Medical Doctor not otherwise conflicted.  In other words, Brud Rossmann does suffer narcolepsy WITH cataplexy and ingests MD prescribed amphetamine lawfully and for a reason. ①

42.    Put again, "speed" is not the problem except for the corrupt, the idiots, the "competition" as "opposition" - to include in the first instance natural persons skewing as Jews, c*nts, faggots, African American, Apparatchik, even white male Evil who know no bound.  These cowards, relative morons, idiots, run from this proposition:  when Brud Rossmann ingests lawfully ingested amphetamine he ramps to levels where they cannot hang on person to person _African_ _Americans_ combat, the zero sum gaming conjured by such idiots, ① _EWS_ , ^ cowards, faggots,^_etc._ and in relation to the essential

18

① _ROSSONS INCLUDE POSSIBLE IPC / QSCORE, etc._
_RMR 9/15/17_

proposition at issue – the new venture function, the

lifeblood of society.

43.    Otherwise, the governance, via wireless c4ISR

platforms, if not, otherwise, is the problem.

44.    The military-government complex is real, faggots, ⟨17⟩

cowards, thugs, morons. THE C/A AS "AGONCY" WORSE. ⟨19A⟩

45.    Brud Rossmann would tell you if the "drugs" (or beer)

were the problem; the data otherwise is consistent,

corroborating.

46.    Far more interesting, relevant is the Financial

Penumbra associated with Brud Rossmann, and proven across

"5, 6, 9, 10, sub 11 space" for decades at exceptional if

not globally unprecedented levels – billions or trillions

of dollars of losses, reasonably defined, consistent with

what has happened in the derivative capital market

expressions, e.g. Wall Street, and as fully netted, ground

level realization or non realization events, as losses,

zzz.

47.    Recall that in such "constructs" the errors of

omission are the worst thing, the first and dominant

definition of the decay, the failure that surely follows.

48.    Further details have been scoped across millions of

words, orally articulated, or in writings, for many years.

                                    SKETCH

See, e.g., the 5 14 2016 "sketch" of the Financial Penumbra

                                                            company"

⟨17⟩ DEFINED OTHERWISE, THE SHXT SINCE YZK, 9/11/01, ETC.

⟨19A⟩ WITNESS USSR, EASTERN BLOC, MAOIST CHINA, ETC, THE "COMPANY"
IS LONG OVERDUE FOR RETURN, ON THE FRAUDED "BINOMICS". "AGONCY V."

proven otherwise, and as annexed to many PACER accessible

filings.  See also the 12 19 16 "sk̶z̶z̶z̶h", *SKETCH* found on PACER,

and similarly "informed" by years of data and logic, 90 to

95% of the inputs from high level talent, officials,

Billionaires, other Powers that Be, *AND OTHER NATURAL PERSONS* however de facto

Violent faggot(y), cowardly, murderous, such scum may be

otherwise.

49.     Brud Rossmann is also a current or former member of

many community or civics organizations, serving in many

capacities for the Good of the public.

50.     His community service award from then US Attorney

General Janet Reno is but one example of his (since

coerced) service to the country, *AND SINCE 1999, IF NOT BEFORE,* unpaid, uncompensated,

disgusting de facto enslavement, if not closet homicidal

fisting faggotry in every instance, on first definitions of

true Equity, capitalism, and goodwill. *(20)*

51.     The very essence of the Economy, the future of the

country are implicated if certain officially unconfirmed,

but otherwise credible, reports of highest level authority

personal involvement – and over decades, several

Presidencies –  are true.

52.     Put again, there is evidence that the White House, at

highest level authorities, and over many US Presidencies,

over decades, has been involved in the targeting,

*(20) THE C.I.A. IN PARTICULAR, IC INCULPATES / TORE –*
*THUGGISH, COWARD, STUPID, THUGGISH FAGGOTS, SHXT*
*HUMAN BONGS. BRUD ROSSMANN 9/20/17.*

destruction, indexing of Brud Rossmann.

53.      Or put finally, at personal levels, Brud Rossmann is
leaving this zz*thole, the United States of America, that
is, for a reason!  See also Brud Rossmann's truly zz*tty
artwork, graphical representations of all of this zz*t,
"slides" in Mckinsey & Co., Dean & Co. speak, dated 5 14
16, 12 19 16, the "Financial Penumbra" slide, 5 14 16, and
the 12 19 16 slide, "the New Venture Function", the best
first two points of reference by far.  These two (2)
terrible graphical representations reflect inputs from very
high level persons, tons of data, logic, over many years,
tons of proof, undeniable, zzz.  I, Brud Rossmann, am sure
that they and the data are correct.

54.      ***Defendant Sergey Ivanov***

55.     Sergey Ivanov is a Jew, with a personal vendetta against Brud Rossmann as principal and in agency.

56.     "She" also is a confessed, prurient, deviant, disgusting, closet violent homosexual, residing at least a portion of the time in the District of Columbia.

57.     "She" effectively confessed to her abuses of Brud Rossmann starting Q2 2014, as principal and in agency.

58.     Ivanov coded his guilt in so many statements, and in so many ways, May-June, 2014, that the circumstantial evidence alone became conclusive.  Then, the direct evidence via "com" or otherwise made the case plain.

59.     She is proven in Agency, or otherwise, a revolting criminal operating under highest level Federal authority.

60.     She has proceeded against Brud Rossmann on openly anti-German, ethnic, related bases, as principal or in agency.

61.     The Jews among others around her, in part, are worthy of evisceration in public.

58.    The proven bases, motives, include (a) an anti-German

agenda, when Brud Rossmann is but ~28.125% German by

ethnicity, born on American soil, Rochester, NY, 5 22 64

1023 a.m., a natural US citizen, a mix of

European/Australian descent, over many generations,

American citizens, (b) an anti-heterosexual male agenda,

(c) an anti-Athletic male agenda, (d) an anti-Caucasian

agenda, (e ) an anti-Christian agenda, (Brud Rossmann non

practicing, but a baptized Christian, courtesy of Anthony

Scaramucci's unsolicited dousing of Brud Rossmann with

water in 1987, both age 23, at Hemenway Gym, Harvard Law

School, Anthony or a related person stating then or about

that time that "any Christian can baptize any [other]

Christian"/similar, (f) an anti-capitalist, anti-civil

libertarian, anti-non-apparatchik agenda, to destroy true

equity, venture capital, rendering the intangible tangible,

best in class leading edge technology defined, built,

"rendered" on American soil  - from leading edge circuit

boards, aka "motherboards", to wireless infrastructure,

e.g. satellites, to Mag Lev trains, e.g. 457 km/hour recent

models, Japanese, French success stories of high speed

trains, personally experienced, decades, to other hardware

or otherwise tangible expressions of the smartest stuff

ever built, buildable.

IV.

_B n h_ [handwritten: _9-10-17_]

## FACTUAL BACKGROUND

[handwritten: _Pro-African-American_]

59.     The Defendant, on openly pro-Jewizz, ^anti-German, pro-

violent faggot/LGBTer, anti-heterosexual male, pro-

Apparatchik, anti-meritocracy, anti-capitalism, anti-

democracy, pro-male-hating female, anti normal female,

normal male, bases, pro-violence, anti-reason bases,

targeted Brud Rossmann globally across 100s if not 1000s of

persons starting in 1997 if not before.

60.     Other demographics have been featured; African

Americans are but one example.  The Apparatchik "Englizz"

are another, and with the Jews, are the worst over decades

of data.  All have been defined as hostile to Brud

Rossmann, as the so-called "Good German", among other

binary, demographic "features". [handwritten circled: _·24_]

61.     The Defendant, as a de facto violent closet violent

faggot, or the female equivalent, as principal or in

agency, bragged, boasted of, or otherwise admitted to the

targeting, destruction, indexing of Brud Rossmann and

toward Brud Rossmann's eventual murder.   Attempted murder

of Brud Rossmann on many occasions is proven, as is extreme

torture, false imprisonment, theft, robbery of his

property, worse.

[handwritten: _B n h, 9/10/17_]

[handwritten: (24) Sociology "cohorts" have been played versus Brud Rossmann at exceptional levels; "reactionary" incumbent-friendly de facto statist, if not Royalist, traditions in the making, the answer is in the "5, 6, 9, 10, sub-11 space" as otherwise denoted.]

62.    Official IRS rulings, findings, New York State findings, rulings, other proof are but a small portion of the proof.  The proof is robust, on frequency, severity, longevity bases – 100s/1000s of natural persons, extreme levels of import, wealth, power, 20+ years. Several high level defendants are admitted guilty; the financial proof is otherwise conclusive.

63.    In the name of the JEWS first and foremost, violent faggots, male hating, psychopathological females, second, as well as their associates across African Americans, other "demographics", betting on Brud Rossmann's mzz3, his murder, as admitted by Defendant, was rampant – reflected in global capital markets, ground level capitalization events, e.g. Deeds recorded in the Land Records of Fairfax County, VA, and other expressions too frequent, too severe, too longstanding, to deny. (25)

64.    On first notice to Brud Rossmann, April 29, 2002, and the notices that followed from such human scum to Plaintiff, Brud Rossmann ultimately challenged such human zz*t to Duels to the M̲z̲z̲3̲, _DEATH_ or otherwise to dispositive, person against person merits based dispositions in public for all to observe – and because the government would not intervene, was compromised, or worse.

(25)  THE REDUNDANCY, OBVIOUS AT THIS POINT, IS YET ANOTHER PROOF OF! (A) WHY BRUD ROSSMANN IS LEAVING THE COUNTRY, (B) WHY BRUD ROSSMANN WAS UNLAWFULLY CHARGED IN 15-CR-0040, ETC.

BRR 9-20-17

65.    All such scum ran, violent faggot, coward, cretins, de

facto homicidal fisting violent faggots, as a fair first

description of their true character – and as Brud Rossmann

pled first and in such explicit terms in 2013, naming the

JEW Lennert Leader in a 9 20 2013 complaint filing finally,

belatedly, docketed for filing 11 2013 in the US District

Court for the District of Columbia. (24)

66.    Such human scum includes many Powers that Be,

Billionaires, top level officials in the Government,

similar, across the private and public sectors, money and

authority, Power.  Several, but not all, are already named

by Brud Rossmann in Federal Court complaints filed over the

last several years in numerous Federal court jurisdictions,

among other numerous official filings by Brud Rossmann over

many years.

67.    Several jurists, including high level Federal jurists,

are implicated, inculpated, proven human scum themselves.

They include the JEW Ellen SEGAL Huvelle, the JEW G.

Michael Harvey, and several other JEWS.  Members of the US

Court of Appeals, for the District of Columbia, to include

several JEWS, are also guilty – as the summary disposition

in Chase I, the appeal from the 3 25 11 Huvelle

disposition, proves as but one Exhibit A.  Other "cohorts",

"demographics", are also implicated.

THIS U.S. DIST. CT. REFUSED TO REVIEW
DOCKET DOZENS OF FILINGS BY BRR -17
BRUD ROSSMANN ALL PROCEEDINGS. 9-70

(26) NOTABLY, THE COMPLAINT NAMING STEVE CASE FILED AS
THE SAME TIME 9-20-13, WAS NEVER DOCKETED AS FILED, A
PAST TIME-STAMPED 1ST PAGE OF SAME APPEARS IN THE COMBI-
BUTE TO NEITHER PACER-ACCESSIBLE FILINGS, A

68.     Plaintiff Brud Rossmann's extremely politically incorrect anti-Semitism, beyond blunt, almost "insanely" direct, is well founded.  The Jews among many other "demographics" are busted, guilty, and as pled.   Frankly, Brud Rossmann is disgusted.

69.     One qualification:  in Brud Rossmann's personal experience, indexed at absurd levels, over decades, truly warped space, Financial Penumbra implications proven, as otherwise defined, proven elsewhere, there are many decent, reasoned "good Jews", smart people.

70.     The same is true of the homosexuals, if not the faggots, most LGBTrs, certain African Americans, females, zzz.  The Apparatchik "Englizz" may be the worst – and as proven over decades of data.  Those who say different are wrong, worse, insane5.

**V.**

**CAUSES OF ACTION**

71.     **Criminal Battery or Battery with Intent or Attempted Murder**

_____

5 12.    The other "qualification": the Financial Penumbra, as otherwise defined, proven across years of data, logic, high/highest level inputs, zzz, is the right way to think of this problem – and to be solved. This is very complex, warped space, Billionaires invested, Powers that Be that range to highest level authorities, the White House, zzz, and the economics, finance, silicon chip based platform as Super Computing Regime, practical/highest level math, even philosophy space, the "5, 6, 9, 10, 'sub 11'" space, as otherwise defined, is the problem to be solved. Such "Fields", including Field Medal winners, Nobel Prize winners, on some reporting, must be populated by the "1, 2, 3, [even] 4" space, psychology, sociology, Law, especially natural language expressions defining the pricing function, otherwise defined in the 5, 6, 9, 10, sub 11 space, and medicine, 4 space.

72.     Plaintiff repeats and re-alleges the allegations
expressed above as if fully set forth herein.

73.     The Jews (among others) have repeatedly admitted to
their targeting, destruction of Brud Rossmann, and indexing
of same over many natural person statements, over decades,
and ranging from high or highest level officials to local,
common people.

74.     The Jews, among others, have advertised their hatred
of Brud Rossmann across the Internet in many forms, across
many public records systems, and otherwise.  CPAN
accessible land record recordings cited with specificity
elsewhere by Brud Rossmann are but one example among many
others. (27)

75.     The Jews, among others, violent faggot, coward, moron
scum that they are in this context, have run from all
direct engagements by Brud Rossmann to settle this Man to
Man, person to person, "10 Vectors Game to the End", or
"Pick One", "eschewed" by such coward cretins for years and
on 1000s of such challenges by Brud Rossmann – in writing,
mailings to Billionaires, others, Federal Court filings,
zzz.

(27) MORE TONNIBLE REDUNDANCY SH×T WRITING IN MY
NAME, BRUD ROSSMANN 9-20-17

76.    The Courts, of course, have not intervened, only

served to perpetuate the targeting, destruction, indexing.

See, e.g., the Jew G Michael Harvey's handling of the 15-

cr-0040 proceeding.   Article III stands for but one

essential proposition - a 2nd opinion when Article II runs

amok.   Compare Andrew Jackson and the rest (i.e. Andrew

Jackson said "The Supreme Court has made its decision; now

led it enforce it"/similar - however the US Supreme Court

did in fact render a 2nd opinion)6.

77.    

                              Brud Rossmann cannot

differentiate between the men and the women too often -

whether "is he a Jew?" or not.

---

6 The other essential point: ~95% of total "capitalization", defining Article III, is defined by the Federal Rules of Civil Procedure (FRCP). The answer there is Rule 26, 16 as otherwise defined – smart depositions, getting after the essential capital definitions, why the lawsuit was brought in the first place, and as managed by Case Management Orders, Rule 16, given the over-arching trendlines, tort reform, Rule 12(b) to Rule 8(a), trendlines, 1990 precedent under Rule 12(b) versus Azzcroft ("Gestalt" invocations, Bench level personal views of that which is "plausible", zzz), zzz. decades.  Brud Rossmann 9 19 17.

78.     In this instance, both the "women" and the "men" are
proven guilty of having targeted Brud Rossmann for
attempted murder, false imprisonment, extreme torture,
worse, as Jews, Brud Rossmann as the "good German", zzz,
and on ethnic, worse bases.  Len Leader, Art Marks, a
hostess for El-Al in Israel, 10/2000, Jeff Rubin, former
CFO, many Fortune 500 companies, many other Jews, have
admitted as much.

79.     **"Theft"/Robbery**

80.     Plaintiff repeats and re-alleges the allegations
expressed above as if fully set forth herein.

81.     Employing the same "acoustic attacks", ("compare"
The Today Zzow, NBC, reporting 8 24 17, 715 a.m. EDT,
regarding such Cold War technology abuses in Cuba against
Americans, select proof annexed hereto), infrasonic
weaponry, wireless c4ISR platform abuse that almost zzzzed
Brud Rossmann unlawfully on many occasions, the Jews among
others have repeatedly stolen, robbed Brud Rossmann's
property.

82.     They have admitted as much on many occasions, and went

so far, along with other "cohorts", as to conflate Brud

Rossmann's person with his property. Land record recordings

in Fairfax County, Virginia leave no doubt, at least when

read together with much other data – IRS rulings, findings,

Federal jurist dispositions, zzz.

83.     The Financial Penumbra is real.

84.     In the targeting, destruction, indexing of Brud

Rossmann's person, or property, or both, the Jews effected

an iconic revenge on the Germans, among other disfavored

"demographics", and via Len Leader, Sergey Ivanov, the

hostess for Al El, on the tarmac in Tel Aviv, 10 2000, zzz.

Leader leading the targeting, otherwise admitted, proven,

the Jews made Brud Rossmann's destruction, indexing of

same, a global media event, publizzed across CPAN, the

Internet otherwise, and other network based systems.

85.     Other groups, to include African Americans, and

apparatchik "Englizz", and without limitation, also played

the "demographic" to such bad effect.

86.     Holocaust references rampant, and for Decades, other
        Guilt plays for decades by the Jews directed specifically
        at Brud Rossmann, as though Brud Rossmann personally zzzzed
        Jews during WWII, the Jews defined themselves in fact the
        Nazis vis a vis Brud Rossmann – garbage human beings worth
        of mass extermination in Plaintiff's considered opinion,
        but only in relief.  Again, the Jews among others as so
        defined zzould be Zzzzkazzz, and as such "insanity' is
        otherwise so parameterized.

87.     Brud Rossmann was no anti-Semite to start with.
        "Compare" FBI background check on PACER; see also other
        PACER accessible Exhibits to include letters of
        commendation, recommendation, zzz from DOJ attorneys, zzz.
        See this that and other thing – the proof is robust,
        conclusive, zzz.

88.      Brud Rossmann is recently confirmed as highly sane, medically disabled only physically, narcolepsy with cataplexy, and receives the "full" SSI compensation possible from the Social Security Administration.  He remains implausibly cazzless, jobless, homeless, unemployed, unemployable.  The Jews, and the apparatchik Englizz, along with the male-hating c&nts, murderous violent faggots, and several African Americans, are among the "cohorts" proven most to blame7.

89.      Brud Rossmann is leaving this zz*thole for a reason.

VI.

**PRAYER FOR RELIEF8**

1. Plaintiff requests in relief:

2. Ten Million Dollars ($10,000,000.00) in compensatory damages, Defendants' liability pled as joint and severable, and

4. Injunctive relief,

5. Declaratory relief, and

6. Such other relief as this Court deems proper.

Respectfully submitted,

---

7 Again, this complaint is zz*t by any normal standard; Jews and others associated with Len Leader in particular are to blame.  The government, CIA, FBI, DoD, Israel, are also to blame.

8 Again, this Complaint is a piece of zz*t by any normal standard.  The Relief will come first in the form of my, Brud Rossmann's, departure from this zz*thole – the United States of America, that is.  All statements, allegations, words in my name in this Complaint are so and further qualified, without limitation, and for eternity, zzz.

Brud Rossmann, Esquire
Plaintiff
Date:   September 19, 2017

BRUD R. ROSSMANN
(BRR) 9-20-17

34) BRR TO COURT, WORLD:
1 — THIS IS YET A FURTHER PROOF OF ~~DAY~~ ~~X~~ WHY
THE CIA, SIMILAR-34 ~~HR~~ FUNCTIONS AS THE FBI,
~~X~~ NSA, DoD, GOVERNANCY, GOVT, GOVERNANCY AND
~~HERE~~ REGARDED WITH CONTEMPT.
2 — LOW-END SHXTBAG EVIL. BEYOND OF THESE IDIOTS
SHOULD BE ARRESTED, IMPRISONED, WORSE.

EXHIBIT SECTION 1

SELECT BRUD ROSSMANN CREDENTIALS, RECENT AND LONG-TERM, WITH
SELECT IQ SCORE PROOF, BENCHMARKS, REPORTING (E.G. "BOILERPLATE"
SECTION OF NOW DESTROYED, ALSO CURRENT BLOG SITES, ZZZ)



Hey Brad. brossmann1...

COURTS

Previous   Next   | Options ▾ |

EXHIBIT TO COMPLAINT
FILED IN FED COURT
7/18/17

with up... ...es built in

ends                                   Move to Inbox        More ▾        8/13/1'

Scaramucci, Anthony <AScaramucci@skybridgecapital.com>
to me 😊

I have never done anything to you and never will. We were and are friends.
www.wallstreetweek.com

FRIEND OF
THE
TRUMPS

To  brossmann1 (hotmail.com) ⋇  brossmann1 (yahoo.com) ⋇ :

Add: White House president President Barack Obama

Forwarded message
Scaramucci, Anthony <AScaramucci@skybridgecapital.com>
...g 13, 2016 at 4:42 PM



ascaramucci@skybridgecapital.com

I then write that number on the form at the local WU office, including supermarkets, etc.

this number is the key number.

thanks again.

also let me know how much money will be sent.

they ask for this specific amount on the form.

brud to Anthony

...

Scaramucci, Anthony <AScaramucci@skybridgecapital.com>
to me

Ok. I will handle on Monday. I will send you $300. Then again next month. Get on your feet. Your are a very smart man.

www.wallstreetweek.com

conference.com

xxxxed through Hasw...

a member of FINRA and SIPC

8/20/16

2 of 39

People

Mail

mailer

Friend of G. Donning

At
The
160
Wash
Tele
Websi
comme

Attn:
One of
The Whit
600 Pen
shingtc
lephone.
bsite:
uments

1: Diann
ed State
Chair, S
art Senat
ngton, D.

mann, Esquire
Donald Trump a
f FBI, NSA, C
nent Select Co
ers at high o

legal dema
sident of th
Rossmann
s, cash in h
dus from the

# BRUD ROSSMANN
1220 N Street, N.W., PH-2
Washington, DC 20005
(202) 534-0693
E-Mail: Brossmann111@gmail.com

## SUMMARY

A Master of Public Policy and Economics graduate with High Honors supported by Finance experience at AOL Time Warner and McKinsey & Company. Background focuses on Finance and Law. Demonstrated capabilities include large scale investment fund management, financial services industry management consulting, and National Security matters. "Excellent" performance appraisals at AOL Time Warner.

## PROFESSIONAL EXPERIENCE

Sawtooth Capital LLC, Washington, D.C. and New York, NY                     2009-Present
**Managing Member**
- Activist investment fund with technology and real estate mixed capitalization focus.
- Fourteen (14) investors since year of formation

Sawtooth Consulting, Washington, D.C. and New York, NY
**President**                                                              2000-2009
- Management consultancy with technology, real estate focus
- Merged into Sawtooth Capital LLC in 2009

Law Office of Brud Rossmann, New York, NY                            .      2007-2009
**President**
- General practice including litigation and transactional work
- "Excellent" performance reviews.
- Merged into Sawtooth Capital LLC in 2009

AOL Investments/AOL Time Warner Ventures, Dulles, Virginia                  1999-2001
Began as **Director** and advanced to **Executive Director**
- $1.5 billion dollar, globally leading technology investment fund
- Only promotion over two (2) year tenure; represented Fortune 50 company publicly
- "Excellent" performance reviews

Boles Knop & Company, Middleburg, Virginia                                  1997-1999
**Director**
- Boutique investment bank.
- Secured $105 million client base within four (4) months of commencing employment.
- "Excellent" performance reviews.

Dean & Company, Vienna, Virginia                                           1996-1997
**Associate**
- Management consultancy.
- Clients included AT&T and Prudential Insurance.

Brud Rossmann

## PROFESSIONAL EXPERIENCE (continued)

McKinsey & Company, New York, NY                                           1996
**Associate**
- Management consultancy.
- Clients included American Insurance Group (AIG).

United States Department of Justice, Washington, D.C.          1991-1996
**Trial Attorney**
- Large civil litigation matters involving National Security and Billion Dollar claims
- "Outstanding" performance reviews

Simpson Thacher & Bartlett, New York, NY                         1989-1991
**Associate**
Law Firm.  Corporate Transactions and Litigation matters at Billion Dollar levels.

## EDUCATION

Career Technical Institute, Washington, D.C.                       2012-2013
*Microsoft Certified System Administrator (MCSA) curriculum*
"100" average, perfect grade point average.

Johns Hopkins University, Washington, D.C.                         1998-1999
Master of Finance Coursework – GPA = 4.0

Harvard Law School, Cambridge, Massachusetts                          1989
*Juris Doctorate Degree – With Honors*
Coursework in finance and commercial transactions, including secured transactions, bankruptcy,
tax and securities law.

The University of Michigan, Ann Harbor, Michigan M.P.P., A.B. (Economics)     1986
*Master of Public Policy Degree –*
(Master of Applied Economics Coursework)

*Bachelor of Arts Degree –*                                              1986
Both degrees completed in four years.  Graduated with high honors in Economics.

## REFERENCES

John Macenroe, Principal, Bear Mountain Partners, Poughkeepsie, NY:  845-831-2035
Darrell Frazier, President, Frazier Investments, Silver Spring, MD:  301-273-8557
Wayne Day, Managing Partner, Day Seckler, Fishkill, NY:  845-765-0705
Daniel Wolf, Esquire, Washington, D.C.:  202-276-7860
James Walsh, Esquire, Washington, D.C.:  703-522-0761

EXHIBIT SECTION 2

SELECT PROOF OF MEDICAL DISABILITY, FULL OR MAXIMUM SSI MEDICAL
DISABILITY AWARD FROM THE SOCIAL SECURITY ADMINISTRATION (SSA)

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
09/07/2017

● You will receive the first installr
   September 12, 2017.

   We will send another letter in 6
   installment.

## Getting More of the Back Payments

In the following situations, you may be
payments or get your back payments m

● We can pay all of the back paym

   − is not eligible for SSI now a
     be eligible for the 12 month
     about the back payments, or

   − has a terminal illness and is
     months.

● We can pay a larger installment
   certain debts or expenses. We ca
   amount of:

   − current debts related to food
     medically necessary services

payment of $2,205.00 by

ths when we send the next

*BRM*
*9/11/17*

**it Away**

to get larger installment
uickly.

at once to a person who:

appears that he or she will not
r we first wrote to him or her

expected to live beyond 12

ent amount to a person who has
rease the installment by the

hing; shelter; medicine; or
lies, or equipment.

BRR- WIP - 8/18/17  937

CALL TO SSA s HELEN ROYES 788
GETTING SSI DISABILITY Comp. Pmt.
(AND SS CARD ?): 866-752-0972

" "

CALLED AND SPOKE TO MS. LLANOS
STATE OF ALABAMA   866-752-0634

1 — THERE IS A WARRANT FOR MY
ARREST, 8/1/17; BRAND NEW

~ 3/27/17 WARRANT ISSUED, HIT SSA
SYSTEM ONLY 8/1/17.
WAS
3 — TOLD HER CHARGE ^ DISMISSED, AND
ALA. NEVER CAME TO EXTRADITE
ME. JAILED 5/14/17 TO 6/14/17.

4 — PUT ME ON HOLD, "TO LOOK AT
YOUR WHOLE CASE."

5 — I WAS APPROVED, INTERVIEWED ME, INTERVIEW
RECORDED:

BEN W/ 8/18/17 9:57 AM

(2)

6 — I PROVIDED 425 2ND ST NW, WASH DC AS CONTINUING RESIDENTIAL ADDRESS.

6A — COMERICA DEBIT CARD, MAILED CHECK, 1ST PMT. THEN GO TO COMERICA, CASH CHECK; WILL
6B COMERICA DEBIT CARD FOR 2ND CHECK,

7 HAS TO CALL OMC TO VERIFY DISMISSAL/30 DAY DETENTION

8 — ANSWERED "No" TO ALL INCOME QUESTIONS EXCEPT IDA AT $370, STARTING 1/2016, AND TO FOOD STAMPS.

9 — $735/MONTH, PARTIAL SSI PROGRAM MAX. UNDERPAYMENT IN INSTALLMENTS, EXCEPT DETENTION PERIOD.

10 — WILL PROCESS THIS ALL W/IN 30 DAYS, AND THEN CHECK REC'D W/IN 7-10 DAYS.

IF CALL HER IF DON'T HEAR FROM HER WITH 30 DAYS.

EXHIBIT SECTION 3

OTHER RELEVANT EXHIBITS



YAHOO! MAIL    Case #15-8031    Document #15-7-2012    Filed 09/2...

Compose | Sent | Contacts | Notepad | Calendar

Inbox (46384)

Drafts (68)

Sent

Spam (41)          [Empty]

Trash              [Empty]

My Folders         [Edit]

Hotmail - Fwd ... (16)

Tax Docs (2)

tax

Sponsored

Re: Confidential... Privileged Rough Draft Memo of... Tuesday, October
peal - Brud Rossmann - Final Notice - ND026017&2 stu
dent ID - UDC milesa program - to Dean Yates, Scott Ba
rash of UDC 10/22/2014

From:   "B Rossmann" <brossmann1@yahoo.com>

To:     askdoj@doj...gov    william.j.wilkins@irs.gov

Cc:     "WilliamWhite"  <wxwhite@udc.edu>   Info@messages.whitehouse.gr
        birminghamm@...ic.fbi.gov   washington.field@ic.fbi.gov
        "Sergey"was-harlington.field.l@ic.fbi.gov "ivanov" <sivanov@udc.edu>

Bcc:    info@messages.whitehouse.gov

Dean Yates:

I respect your decision as "final," but (a) I must correct the factual record to
required assignment points potentially earned was a maximum of 85, and I
scheduled required work product, assignments, and attendance requiremen
and also (b) I must give Notice further below of a series of Federal level and
interests, prior investigations, and continuing risks to UDC, perhaps yoursel
perhaps other District interests.   Any or all of which may inform a revised d

*AS a ~~~ EDITS ~~~ p forward*

Boilerplate for every blog site posting, every email if I remember to include below, etc – Brud Rossmann, June, now July 9, 2016 onward:

1. ***Brud Rossmann Credentials   - Consider the Source,   bur recall "MONEY", scaled financial conflicts of interest, are the thing here as defined below, in referenced sources, analyses, data, by me, otherwise – see postings further below, cited sources on PACER, accessible via CPAN, etc.:***  Harvard Law School, cum laude, 1989; perhaps Best Investor in World status on some metrics, 1999 to 2009, late 2009, venture capital/above levels of capitalization, government reporting, information, private sector reporting, select sources to include IRS, SEC, NY OAG, Art Marks, others cited below/elsewhere, their/my analyses, best estimates, (employed as Director, 115K per year or so salary, AOL/AOL Time Warner, max "bonus", option grant, cash grant, merit based, only promotion during my tenure, leading venture fund in whole world arguably, etc etc etc, $92.3 million cash investments, 21 direct in companies, 18 companies total, 4 in funds in Israel, detailed elsewhere); perhaps one of top IQ scores ever in CIA, government, DOD history, top score in any event, on all data to date, reasonable inferences, reported 2003 as WAIS, Wechsler Bellevue III variant, (2 or 3 part test, last part, oral sentence completion section) this IQ test skewing toward math/performance skills over verbal vs. Stanford Binet, Wikipedia reporting, 2016,   type of test reported at high level, network based, unnamed source, no quantification, other data besides suggestions late night discussions with Tony Travis, 1994 or so, "182", "186", "187", on "200" score maximum, on all reporting to date, (with an unsubstantiated "138" reference also in 1994 with Travis, Stuyvesant School exams, age 7 or so, "waiting list" according to my mother, Pat Gleason, BRR edit 4 5 17 ), all indications 1976, witnesses named below, on PACER as to outlier IQ score, however unquantified at the time, to include Mr. Chrissy (phonetic, Greenbrook Junior High School), Ms. Daniels, Mr. Zoven, Mr. Farley, Mr. Biskner, many others, Greenbrook Junior High School, Brian Conlon, English/Debate teacher, Lake Park High School, Barbara Dwyer, same, Mr. Bladell, same, other teachers, Lake Park High School, Theresa Amato, tri-valedictorian, with me, Lake Park High School, 1982, campaign manager, Ralph Nader's Presidential Campaign, Y2000, other students, friends Marcus Herbert, fellow classmate, Mike Chiappetta, (his parents very friendly, very cool – his father Italian, his mother Polish), others, at Lake Park,   all graduating 1982, voted 1 of 5 smartest students ever to graduate Lake Park High School per then Chemistry teacher Mr. Bladell, unsolicited, reporting, 1992 on my 10 year high school reunion, 660 or so graduates 1982, now more

apparently per average class, in 1982, about 2500-3000 students, East and West Campus, 9th to 12th grades), with "suggestions of "222", beyond "200" maximum IQ score, on some reporting, some modeling, estimates, Y2000, etc. etc. etc.;   Valedictorian, with 2 others, 660 or so graduates, 1982, Lake Park High School, to include Theresa Amato, featured in the movie "A Reasonable Man" about Ralph Nader; Valedictorian, 1978, Greenbrook Junior High School;    admitted to Harvard as undergraduate

every time I applied;   at University of Michigan, earned two (2) degrees in 4 years, 2nd ever to do so, MPP and AB in Economics, perennial Slater Scholar, 1 of 8 best LS&A student prospects, but renewed each and every year, years 1 to 4, Angell Scholar, Otto Graf Award (1 of 3 best Juniors in the LS&A College, 3000 to 4000 or so students, first estimate), Phi Beta Kappa early election, The Editor of the Michigan Journal of Political Science; etc etc etc; at Harvard Law School, complimented, out of the blue, out of context, unsolicited on sheer intelligence, by (a) Charles Danaher, Esquire, partner, Luce Foward, San Diego, CA, "wattage", 1986, Jim Windels, Esquire, Mayflower child, descended from the Mayflower first residents/citizens of this country, father, founding partner, Windels & Marx, leading, 60 attorney law firm, Wall Street, 1989 or so, and Windels' comments just before graduation, HLS, 6/89, Harkness Pub, complimenting me on being exceptionally bright, similar, (I do not recall the exact comment), unsolicited, etc; Steve Barber, Esquire, partner, former roommate like Danaher (I appeared in Danaher's wedding per below), at his rehearsal wedding dinner, June, 1998, Middleburg, VA:   "Brud was the one of the sharpest guys at Harvard Law School" (near verbatim), and "[his skills were in numbers/SIMILAR], unlike most lawyers who would run for the hills," [Brud would not – and as I, BRR, was working for a local investment bank, Boles, Knop, sited then at 2 Main Street, West, the Windsor

House, at the only stoplight in town);   Outstanding reviews as Trial Attorney at US DOJ handling billion dollar and national security matters; a Community Service award from the US Department of Justice, former AG Janet Reno, for volunteer service in the African American community of Anacostia, MD; 99% percentile scores on EVERY standardized test for college, law school, graduate school, otherwise, ages 16 to 31, PSAT, SAT, ACT, GRE, GMAT, practice tests LSAT, EXCEPT the actually scored LSAT, 10/85, 44 on 48, 98 percentile as reported then, 100s of practice tests age 16/17 to 31, 99 percentile score without exception, all practice tests ever, age 16 to 31, 99 percentile plus, and practice tests on GRE 2014-2015, age 50, 97 to 99 percentile all practice tests, 2014 best estimate,   drinking alcohol, popping prescribed speed, etc. (in other words, I CRUSHED these exams, as always, always will, always could, etc etc);   RECIPIENT OF COMMUNITY SERVICE AWARD FROM US ATTORNEY GENERAL JANET RENO, 1995 FOR COMMUNITY SERVICE IN AFRICAN AMERICAN COMMUNITY OF ANACOSTIA, MD, recipient of strong to exceptional reviews recently in professional capacities, e.g. Excellent or perhaps better reviews by every reporting client of which I am aware while I served as Of Counsel at Tarshis, Catania, 2008-2009, billed to clients at $350 per hour, the highest rate charged by the firm, same as Management Committee partners, paid but 1/3 the going rate, 2 sources, 2009, and similarly strong reviews in the one professional candidate in which I had the opportunity to serve after I returned to Washington, D.C. In 2012, Director Economic Development, HOPE, see PACER accessible filing Exhibits as proof;   as a professional position candidate, several sources, 2013 to 2015, and all qualified psychological reviews, EVER, and recent, to my knowledge, rating me, Brud Rossmann, as above normal to best in class, mental health, psychological health, as measured across all vectors, factors, behaviors, "perspective", as operationalized, etc.    I also read and played the piano at age 4, took piano lessons age 6 onward, read two (2) books in a couple sittings age 7, Black Beauty, another book.   I was told I was "gifted" in terms of piano.   I was the best Math student at the largely Jewish school (~90%)  in Manhattan Beach, Brooklyn, across the bay from Sheepshead Bay, Brooklyn, NY, P.S. 195 (as numbered now, used to be numbered something else), I a Gentile, and told that "you are Number 1, she [Heidi Flatow, a Jewish female] is number 2" when I arrived, age 7, in 2nd grade, from Manhattan, 2nd grade, was a top student otherwise, across all students 2nd to 5th grade – moving to Florida for 6th grade.   I was put on the waiting list at the Stuyvesant School at age 7, then to include an Elementary school, (as Patricia Gleason, Harris Lapidus, others reported,   can confirm) before moving to Manhattan Beach (from Wikipedia 6 19 2016: "Stuyvesant High School /ˈstaɪvəsənt commonly referred to as Stuy /ˈstaɪ/[a] or Stuyvesant, is one of nine specialized high schools in New York City, United States. Operated by the New York City Department of Education, these schools offer tuition-free accelerated academics to city residents. Stuyvesant is a college preparatory science, technology, engineering, and mathematics (STEM) focused liberal arts high school.")   I was apparently considered a "little math genius" at age 6, could do 2 x 2 if not 3 x 3 addition, subtraction, multiplication, division, in my head at age 6, Rudy Rossmann, my father, others as can others, perhaps Bob Totillo, and as further confirmed by Steve Tarshis, Esquire, Newburgh, NY, Angela Szajko, Tarshis Catania, law firm in Newburgh, NY, reporting, 2009), unsolicited:   as I went to sign off on a billable hours statement, Szajko (spelling?), the bookkeeper/accountant, volunteered, unsolicited, that I was apparently regarded as a child as little math genius – how would she know that???? .   (Also, I was just behind Bob Dimpsey, the best math student at Lake Park High School on a national math test administered at Lake Park High School in Grade 11, Dimpsey separating himself in Grade 12, to my recollection.    Dimpsey went on to generate semiconductor design patents, similar, at the University of Illinois, or other places, on my 2002 research.    At the same time, despite Hildebrandt touting my math abilities, Grades 10 to 11 at Lake Park, I was not "interested" in computing in Grade 12 when suggested by Joe Cieply (phonetic), the calculus teacher at Lake Park High School – I scored a "5" on the AP test for A/B calculus, the top score possible, scores ranging from 1 to 5, and did not take the harder "B/C" advanced calculus test in my senior year of high school.   Dimpsey did take the B/C test, likely scored a "5" on it, the top score possible.   I was not even aware it existed until late in the cycle – and my early, true passion for math, physics, Money, finance/economics, otherwise proven,

8. **Government Contractor, Lawyer, Tax losses/expensing delay and defer, other financial conflicts of interest, in the "normal sense" - not "super-genius" type "shit", not warped space, profound discontinuities between first definitions of legal regime meta level rule sets, finance rule sets, super-computer regimes/math logic, etc etc etc:**   There is proven, admitted, confessed scaled financial conflict of intere st here – SAIC, War Room Research, the Resilient Corporation, many others. (Further names to follow, many named previously).   These map to tens of millions of dollars, maybe $50 million as of 2014, but a pittance versus the Scaled implications of the financial mismanagement at issue.   Estimates under the "MONEY" section above, third party sourced, unsolicited, range from $400 million to $222 TRILLION DOLLARS over 20 years to ~10 to the 34th lien pricing for liens associated with JP Morgan Chase's position as held under the Second Deed of Trust, b/p 11513/1495 et seq, Fairfax County, VA land records recording 9/8/00, 222 p.m. Edt, para 2 and 3, "Taxes" and "Insurance" as pari passu under the stated terms – see prior filings, etc. , proof of 9/6/00 and 9/7/00 dating of insurance, GEICO/Traveler's combined policy, "1%" discount to price/cost promised (never delivered), etc etc etc. (Bizarre juxtaposition, calls for "delusion" ever-present, etc, but here proven – price points, but a $523,584 price for the townhome and associated "Real Estate" versus scaled financial positions that are other-worldly, on third party estimates at multiples almost God-like in "aspect", etc etc etc).

9. **Exploitation, stupidity, attempted murder, worse:**   The pattern of conduct targeting me personally, me Brud Rossmann, has included every form of abuse imaginable, and then some, except for homosexual rape, which would result in someone's death immediately.   Faggots fucking men in the ass without consent cannot be brooked, especially among the "criminals".   Persons culpable include the following:   (a)  Lennert Leader, former CFO of AOL, reported "billionaire" ($1,000,000,000.00) per Ron Peele, Y2000, unsolicited reporting, multiple reports to me personally, (b) Steve Case, former CEO and Chair, AOL, another billionaire, likely even objectively accurate, on the actual net worth, publicly reported, taxes paid, etc, (c)  Ron Peele, former VP, worth a $100 million ($100,000,000.00) according to Jay Dunn, unsolicited reporting Y2000,  (d) Susan Bell, Esquire, Washington, DC resident (e) Patti Henricks (aka Patricia Dudenhoeffer, Patricia Henricks, Patricia?, formerly of Rockville, MD, her mother aka Joan Dudenhoeffer),  (f) Scott Donaldson, former Senior VP, former Corporate VP, SAIC, the "CIA's own" on one deconstruction/decoding (SAIC ~= CIAS),  (g)  others named further below – to include, with varying levels of evidence in support, ground level evidence, (actual statements by persons, written records, oral statements, etc, high level/network level evidence, wireless c4ISR platform based "intelligence", and research, third party reporting, non-fiction (and even fictional) accounts over decades, dozens if not 100s of authors, natural persons, born of a Vagina), many persons named below, in cited sources, PACER accessible.   These idiots are defined, without possible rebuttal, as "profile", overall, and at higher levels, personally as:  (a) arrogant (b) psychopathological, murderous in many instances (c)  very bright, beyond my intelligence, smarts, on many applications, in many capacities, but ultimately FUCKING STUPID, (d)  exploitative, etc.   Brud Rossmann 7 8 2016

10. *Why I hate the Jews*:   Fully netted, many decent people, Reasoned people, but vis a vis me shit net net net net net net etc.   Data points are dozens, 100s of moment.   But a few: (a) Lennert Leader, and his Company of apparatchiks, the shitbag low end version of CIA/FBI/NSA evil, the extended notion of the Agency reflecting Stalinism, Maoism, and the failures of the Eastern Bloc,  (b) all professional engagements graduation from Harvard Law School with Honors 1989, to 8/14/01 – 6 (if not 7) professional positions, STB, DOJ, McKinsey, Dean & Co., Boles Knop, AOL Investments (then AOL Time Warner Ventures), a 6/7 split, (a story for another time) – the Jews were the worst, most correlated with my untimely, and otherwise implausible ultimate "failure rate", after initial successes, outlier positive performance, etc.  – see further below (c)   more data points to follow

11. *Why I hate the My Nigga set*:   Per Rodney Brown, Project Empowerment, ultimately locked up for drug trafficking, black people are among the most racist in his experience – he himself black, racist, etc. Especially in Washington, DC, the racism, the antipathy versus White people, (I am Caucasian, with good credentials "serving" the local black community previously – see below), and other biases are

manifest.   This has been true in my experience since my first visits here decades ago.   More data points to follow-  but court judgments in my favor, other proof, is found in public records, to include local DC Superior Court judgments in "Brad Rossmann" vs. House of Prosperity Everlasting, other rulings in my favor, etc.

12. **_Why I hate the "my C&nt" set_**:   Details to follow.   BRR 1 7 2017:   AMONG THE MOST MURDEROUS, PSYCHO PEOPLE ON THE PLANET ARE CERTAIN FEMALES.   IN MY CASE, TRULY WACKO MURDEROUS, OFF THE CHARTS PSYCHO, ON THE GROUND LEVEL, HIGH LEVEL, RESEARCH DATA, (ALL 3 TYPES OF DATA) OVER THE LAST 14+ YEARS OR SO, AND ON THE RETROSPECTIVE, NECESSARILY IMPLIED, OVER DECADES, FIFTY TWO . FIVE YEARS, ETC BRR 1 7 2017

13. **_Why I am right, they are wrong_**:   I am smarter than they are on these facts, this logic, the scoped capacity, application – as defined below.   The data, the logic, as otherwise constructed, warped, corrupted, etc., is the best proof of my "correctness".   See below.   But, I am also smarter on all of the data known to me, fully netted, etc.   See below.   And ONLY on such an application, in such a capacity, as I have fully qualified my statements previously, and here again.   BRR 7 9 2016

14. **_Summary:_**   Across millions of words, many very many smart people informing my analyses, data, etc, and especially since they all first got sophisticated 2010 or so, I have summarized the overall "situation" in graphical, sketch form – and this is "the answer" for the Normal, those who cannot spend their lives on the shitbag low-end Evil that have polluted this entire situation with redundant, "stupid ass", data, etc etc, etc   This graphical representation, sketched by me 5/14/2016, articulated by me previously, many, may times 2013 onward, and in explicit "financial penumbra" terms 2015 onward, is the "80/20" triage for this entire stupid, fucking Event  - here expressed as a blog site posting.   This graphical representation is THE answer.   Anybody who says different is WRONG.   I am smarter than you are on these questions, and this is THE answer.   This also maps to a math/finance question as "problem" to be solved more generally by the Agency and its leading lights.   But that is a story for another time.   (I am pursuing a Ph.D. In Finance for good reason.   Version, BRR 7 9 2016)

Brud Rossmann

ssn 127 4* 0*85

dob 0* 2* 19*4

July 9, 2016 onward


(Brud to Barack:   What is up "my Nigga"?   What is fucking wrong with you, you fucking Idiot?   (This manner may be inspired by the Casey Gillotti view of the world, which in the context, I wholly support – BRR to the world).   Barack, if you are in fact involved in these proceedings as selectively and very inconclusively evidenced to date, many suggestions at "high levels", ground level data to include many formal written notices, 2011, 2014, 2015, to the White House, your counsel's office, you specifically, hard copy confirmed received, by courier, otherwise, and dozens of emails since 2014, you are in fact but a mindless, contemptible, cowardly, shitbag, low-end,   etc etc etc.   Barack you are a piece of shit if what is suggested is true – that you have personally participated in this Garbage.   The answer, Barack, is Man to Man combat, 10 Vectors Game to the End – 90% intellect, 10% physical, terms scoped above, and elsewhere, all fully and expressly incorporated by reference, and over many 1000s of words (if not millions of words)   since 2013:   a DUEL, ,one lives, one dies, Brud to Barack.   July 2016).

 Brud Rossmann

ssn 127 4* 0*85

dob 0* 2* 19*4

Brud Rossmann "boilerplate" as but "song", etc etc etc --- page   9 Of 10 – July 8, 2016