IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BRUD ROSSMAN** **PLAINTIFF**

**V.** **CAUSE NO. 3:17-CV-785-CWR-LRA**

**SERGEY IVANOV; THE "JEWS" MORE** **DEFENDANTS**
**GENERALLY; JOHN DOE 1-3**

## FINAL JUDGMENT

Having entered an Order finding that the plaintiff's complaint has not stated a claim against the defendants, *see* Docket No. 3, this case is due to be dismissed without prejudice and closed on this Court's docket. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**SO ORDERED**, this the 27th day of September, 2017.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE